# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
REINA ASENCIO,

                          Plaintiff,                     21 **CIVIL** 6608 (NSR)

       -against-                                     **JUDGMENT**

IRIS SPA IN NORTH CASTLE CORP., IRIS SPA IN
ARMONK CORP., and MINKWAN CHOE,

                          Defendants.
-----------------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 27, 2025, Plaintiff's motion for summary judgment on her claims for failure to (1) pay overtime wages, (2) pay minimum wages, (3) provide a wage notice, and (4) provide proper wage statements are GRANTED. Judgment is entered in favor of Plaintiff and against Defendants, which shall include: (1) damages for unpaid overtime wages, statutory damages, and liquidated damages under the FLSA and the NYLL in the amount of $143,151.80; and (2) prejudgment interest on $43,513.00 from November 26, 2017, to the date of judgment at a rate of 9 percent per year in the amount of $28,443.20. Attorneys' fees and costs to be awarded upon Plaintiff's counsel's filing of the appropriate documentation; accordingly, the case is closed.

**Dated:** New York, New York

      February 28, 2025

                                                                            TAMMI M. HELLWIG
                                                                            Clerk of Court

                                                  BY:
                                                                            Deputy Clerk