# KATZMELINGER

370 LEXINGTON AVENUE, SUITE 1512
NEW YORK, NEW YORK 10017
www.katzmelinger.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/2025

Nicole Grunfeld
Katz Melinger PLLC

o: 212.460.0047
f: 212.428.6811
ndgrunfeld@katzmelinger.com

March 6, 2025

**VIA ECF AND EMAIL**
The Honorable Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, New York 10601
*romannysdchambers@nysd.uscourts.gov*

**MEMO ENDORSED**

Re: *Asencio v. Iris Spa in North Castle Corp., et al.*
**Civil Action No. 7:21-cv-06608**

Dear Judge Roman:

We represent Plaintiff Reina Asencio in the above-captioned matter, and write with Defendants' consent to seek a short extension of time to file Plaintiff's motion for fees and costs. By order dated February 27, 2025 (Dkt. No. 78), the Court directed Plaintiff to file the motion for on or before March 7, 2025; Plaintiff requests a two week extension, to March 21, 2025. This is the first such request for an extension.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Nicole Grunfeld*
Nicole Grunfeld

**The Court is in receipt of Plaintiff's consented to request for an extension of time to file a motion for fees and costs. Plaintiff's consented to request is GRANTED. Plaintiff shall file her motion for fees and costs on or before March 21, 2025. The Clerk of Court is directed to terminate the motion at ECF No. 80.**

**Dated: March 7, 2025**
**    White Plains, NY**

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge