USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___3/19/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REINA ASENCIO,

                              Plaintiff,

        -against-

IRIS SPA IN NORTH CASTLE CORP., IRIS SPA
IN ARMONK CORP., and MINKWAN CHOE,

                              Defendants.

No. 21-CV-06608 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

On April 28, 2025, Defendants improperly, and without leave of court, filed a motion to vacate restraining notice(s) and release funds as a motion for emergency relief with a proposed Order to Show Cause. (ECF No. 100.) Defendants failed to abide by Rule 3 of the Court's Individual Rules of Practice for motions. Accordingly, Defendants' motion is DENIED without prejudice to renew in accordance with the following briefing schedule:

- Defendants shall file (not serve) their moving papers by April 3, 2026;

- Plaintiff shall file (not serve) their opposition papers by April 24, 2026; and

- Defendants shall file and serve their reply papers on May 8, 2026.

All papers should be filed on the reply date, May 8, 2026. The Parties are further directed to mail two (2) hard copies of their papers to Chambers and to email one (1) electronic copy of their papers to Chambers as they are served.

The Clerk of Court is directed to terminate the motion at ECF No. 100.

SO ORDERED.

Dated: March 19, 2026
        White Plains, NY                                    _____
                                                              Nelson S. Román, U.S.D.J.