

# Seo Law Group, PLLC
136-68 Roosevelt Ave, Suite 726
Flushing, New York 11354
Phone: 718-500-3340

April 3, 2026

Diana Y. Seo, Esq.
Tel: (718) 500-3340
Fax: (718) 504-6987
Email: diana@seolawgroup.com

**VIA ECF**
Hon. Judge Nelson Stepen Roman
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, New York 10601

> **Re:**    **Asencio v. Iris Spa in North Castle Corp, et al.**
> Case No. 7:21-cv-06608

Dear Honorable Judge Roman:

This office represents Defendants in the above referenced matter. I submit this letter to notify the Court that Defendants no longer seek renewal of their Motion to Vacate Restraining Notice(s), filed on April 28, 2025. (Dkt. No. 100).

On March 18, 2026, the Court denied Defendants' motion without prejudice to renewal upon filing a formal motion by April 3, 2026. (Dkt. No. 104). However, Defendants have confirmed that the funds have already been released following the Parties settlement agreement. As such, Defendants no longer need to seek such relief.

We appreciate the Court's valuable time and continued attention to this matter.

Respectfully Submitted,

Seo Law Group, PLLC
By:__/s/ *Diana Seo*_____
Diana Y. Seo, Esq.
*Attorneys for Defendants*

cc: All counsel of record (via ECF)